UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 14, 2012

MEMO TO COUNSEL RE: J&J Sports Productions, Inc. v. Tijuana Takoma, Inc.
Civil No. JFM-11-3265

Dear Counsel:

    I have reviewed the memoranda submitted in connection with the motion to dismiss filed by defendants Eva Escobar and Mario Escobar. I am satisfied that a factual record must be developed before I can determine whether plaintiff has viable claims against Eva Escobar and Mario Escobar. Accordingly, the motion to dismiss (document 11) is denied without prejudice, of course, to the issues raised by the motion being raised anew at the conclusion of discovery.

    A conference call will be held on February 27, 2012 at 4:30 p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

    Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

    Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge